IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MUD KING PRODUCTS, INC. | § | CASE NO. 13-32101-H5-11 |
| | § | |
| | § | (Chapter 11) |

### ORDER GRANTING MOTION TO ESTIMATE
### CLAIM OF NATIONAL OILWELL VARCO

The Debtor, MUD KING PRODUCTS, INC. ("Debtor" or "Mud King") has moved this Court pursuant to 11 U.S.C. § 502(c) for an order estimating the claim of National Oilwell Varco at zero for purposes of allowance, distribution, and voting with respect to the Debtor's Chapter 11 Plan. The Court has carefully considered this Motion and for the reason recited in the record is of the opinion that it should be granted. Therefore, it is

ORDERED that claim of National Oilwell Varco, be and is hereby estimated at zero for purposes of allowance, distribution and voting.

DATED:

_____
KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE